# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
HECTOR J. CARBAJAL, BAR NO. 6247.

No. 73032 **FILED**

JUN 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DECLINING TO TEMPORARILY SUSPEND OR REFER ATTORNEY UNDER SCR 111

This is a petition under SCR 111 concerning attorney Hector Carbajal, based on a conviction for reckless driving, a misdemeanor in violation of NRS 484B.653(1)(a). *See* NRS 484B.653(3)(a) (providing that first-offense violation of NRS 484B.653(1)(a) is a misdemeanor). Carbajal self-reported the conviction to the State Bar as required by SCR 111(2). Because the conviction is not for a "serious crime" as defined in SCR 111(6), temporary suspension and referral for disciplinary proceedings are not mandatory. SCR 111(7), (8). Having considered the petition and supporting documentation, we conclude that Carbajal's offense is a minor one that does not warrant the imposition of a temporary suspension or referral to a disciplinary board at this time. *See* SCR 111(9).

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Carbajal & McNutt, LLP
Kimberly K. Farmer, Executive Director, State Bar of Nevada

17-19920